# IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

ABELARDO G. GONZALEZ 1622682  
APPELLANT / PRO-SE  

vs.  

STATE OF TEXAS  

§  
§  
§  
§  
§  
§  
§  
§  

COURT OF APPEALS No. 04-15-00530-CR

Trail Court No. 2008-CRR-000662-D1

## PRO-SE DOCKETING STATEMENT UNDER T.R.A.P. 32.2

(a) (1) NONE

(a) (2) APPELANT PROCEEDING PRO-SE

      Abelardo G. Gonzalez 1622682  
      C.T. Terrell B-3-40  
      1300 F.M.655  
      Rosharon, Texas 77583

(b) NOTICE OF APPEAL FILED ON **2015 AUG 10 AM 9:33**

(c) 49 th District Court  
    Webb County, Texas  
    Honorable Judge Jose Antoino Lopez

(d) ORDER APPEALED (Denial of Motion to Recuse)  
    singed on July 16, 2015  
    by the Honor David Peeple's

(e) N/A

(f) Offense charged / Date

    AGGRAVATED ROBBERY    12/5/2008  
    ENG. ORG. CRIME       12/5/2008

(g) NOT GUILTY PLEA

(h) JURY TRIAL

(i) 30 years T.D.C.J. / $10,000.°° fine

(j) THIS APPEAL IS **POST TRIAL ORDER** (DENIAL OF MOTION TO RECUSE)

(k) N/A

(l) NO REPORTER'S RECORD REQUESTED FOR THIS APPEAL

(m) N/A NOT FOR THIS APPEAL

(n) (1) 1/28/2010 MOTION TO PROCEED IFP on APPEAL

    (2) 1/28/2010 HEARING ON MOTION TO PROCEED IFP

    (3) 1/28/2010 MOTION TO PROCEED IFP **GRANTED**

    (4) **GRANTED**

Respectfully submitted  
Abelardo G. Gonzales 1622682  
C.T. Terrell B-3-40  
1300 F.M. 655  
Rosharon, Texas 77583  
**APPELLANT /Pro-se**

KEITH E. HOTTLE CLERK    2015 SEP -8 PM 14    FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

To:    THE FOURTH COURT OF APPEAL'S

ATTN:   CLERK OF THE COURT

FROM:   Abelardo G. Gonzalez
        APPELLANT / Pro-se

RE:     Submission of the
        DOCKETING SHEETS
        For Case COA No.  04-15-00529-CR Trail No. 2008 CRR 0657-D1
                 COA No.  04-15-00531-CR Trail No. 2008 CRR 0665-D1
                 COA No.  04-15-00530-CR Trail No. 2008 cRR 0662-D1

DATE:   9-01-2015


Dear: Clerk of the court

    GREETING'S. Now comes Appellant Abelardo Gonzalez Pro-se and submitte's
to the Clerk and court the Docketing Sheets for the above mention cause's, this
Docketing Sheets are submitted timely on 09-01-15 under the mailbox rule and
are considered filed on this date, by placing them in the prision mailbox.

    Appellant respecrfully request from the clerk to file stamp the enclosed
copy of this letter and return it timely in the enclosed SASE, so Appellant
and have it for his records.

THANK YOU IN ADVANCE.


Respectfully submitted

Abelard Gon 9/1/15
Abelardo G. Gonzalez 1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, Texas  77583



NOTICE to the clerk Appellant address was incorrect it the letter's by the
     clerk to appellant in 04-15-00531-CR and in 04-15-00529-CR